IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM LEWIS,<br>    *Petitioner*,<br><br>v.<br><br>THE DISTRICT ATTORNEY OF THE COUNTY OF CHESTER, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, and SUPERINTENDENT JOSEPH TERRA,<br>    *Respondents*. | :<br>:<br>:<br>:<br>:  CIVIL ACTION<br>:  NO. 21-4176<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW,** this **12th** day of **September, 2024**, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (ECF No. 2), the Supplemental Amended Petition for Writ of Habeas Corpus (ECF No. 12), and the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (ECF No. 24), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The Report and Recommendation of Magistrate Judge Lynne A. Sitarski is **APPROVED and ADOPTED**.

2. The Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 is **DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**